F.#200501365

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

FNU LNU, also known as
    "Abdulhakeen Nour,"
    "Abu Hakim,"
    "Noureddine Malki,"
    "Almaliki Nour" and
    "Almalik Nour Eddin,"

    Defendant.

- - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 18 2006 ★

BROOKLYN OFFICE

O R D E R

06 CR 216

    On application of the United States Attorney for the Eastern District of New York by Assistant United States Attorney Jeffrey H. Knox,

    IT IS HEREBY ORDERED that the Indictment as against the above-named defendant is unsealed.

Dated: March 30, 2006
      Brooklyn, New York

                      s/Joan M. Azrack
                      _____
                      UNITED STATES MAGISTRATE JUDGE