

Opening soon in the Empire State Building...





# Find the 2 differences

 









DEEPER AND DEEPER

