# Enclosure

I am Samani Zhir, spouse of Maliki Noureddin and am appealing to your Honor to be willing to grant him your clemency and pardon while letting him stay on the American soil because he has always been a model citizen respectful of the Constitution of your country. Yes, I don't deny that he lied for the love of living in America; however, he has never had any legal history or offense in the past because he loved your country since his sweet childhood and only thought of becoming an American citizen.

Thus, for that, he sacrificed himself for more than twenty years and we always had a miserable life because of the distance that separates us and despite all that, our relationship is still good. Therefore I am beseeching your clemency and pardon by authorizing him to stay in your country.

Samani Zhir

Exhibit C    Exhibit D



Objet = Requète en vue d'autoriser à Mr. Malki Noureddine à séjourner sur le térritoire américain.

Je me présente Samani Zhor épouse Malki Noureddine et je solicite de votre haute bienveillance de bien vouloir lui accorder votre clemence et votre pardon tout en le laissant s'installer sur le sol américain car il a toujours été un citoyen model en respectant la constitution de votre pays car je nie pas qu'il a menti par amour de vivre en amérique par conséquent il n'a jamais eu d'antécédents juridiques donc aucun delit au paravant car il adore votre pays depuis sa tendre enfance et il ne penssait qu'à devenir citoyen américain ainsi il s'est sacrifié pour cela durant plus de vingt ans et on a eu une vie lamentable a cause de la distance qui nous sépare et malgré tout ca notre relation est toujours bonne Ainsi j'implore votre clemence et pardon pour l'autoriser à séjourner dans votre pays.

Samani Zhor